Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000331
30-NOV-2015
08:45 AM

NO. CAAP-15-0000331


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


U.S. BANK, N.A., as Trustee for the
Registered Holders of Home Equity Asset Trust 2004-1,
Home Equity Pass-Through Certificates, Series 2004-1,
Plaintiff-Appellee,
v.
JEWEL DELMAR MOORE, Defendant-Appellant,
and
SPENCER RICHARDSON, JOHN DOES 1-5,
JANE DOES 1-5, DOE CORPORATIONS 1-5, DOE PARTNERSHIPS 1-5,
DOE ASSOCIATIONS 1-5, DOE GOVERNMENTAL UNITS 1-5,
and DOE ENTITIES 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 13-1-646K)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On April 9, 2015, Defendant-Appellant Jewel Delmar Moore (Appellant) filed a notice of appeal, through counsel Keoni K. Agard (Counsel);

(2) On April 21, 2015, the court granted Counsel's motion to withdraw as counsel;

(3) On June 8, 2015, the circuit court clerk filed the record on appeal, and the appellate clerk notified Appellant pro se that the statement of jurisdiction and opening brief were due by June 18, 2015, and July 20, 2015, respectively;

(4) Appellant did not file either document, or request an extension of time;

(5) On August 4, 2015, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on August 14, 2015, for such action as the court deems proper, which could include dismissal; and

(6) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 30, 2015.

Chief Judge

Associate Judge

Associate Judge